# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JORDAN SOBLICK, individually and on behalf of all others similarly-situated, ) ) ) ) *Plaintiff*, ) ) ) v. ) ) ) ALLSCRIPTS HEALTHCARE ) SOLUTIONS, INC., a Delaware ) corporation, ) ) ) *Defendant*. ) ) ) | Case No.: 1:16-cv-09909  Hon. Samuel H. Der-Yeghiayan  Hon. Michael T. Mason, Magistrate |

## NOTICE OF MOTION

TO: All Counsel Of Record

PLEASE TAKE NOTICE that on March 15, 2017, at 9:00 a.m., or as soon thereafter as this motion may be heard, the undersigned will appear before the Honorable Samuel H. Der-Yeghiayan or any judge sitting in his stead in Courtroom 1903 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and present Allscripts Healthcare Solutions, Inc.'s Motion To Dismiss And/Or Strike Pursuant To Fed. R. Civ. P. 12(b) And (f) And Memorandum In Support.

Dated: March 1, 2017

Respectfully submitted,

By: /s/ Livia M. Kiser

**SIDLEY AUSTIN LLP**

Livia M. Kiser
lkiser@sidley.com
One South Dearborn Street
Chicago, Illinois 60603
(t): (312) 853-7000
(f): (312) 853-7036

*Counsel for Allscripts Healthcare Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

     I, Livia M. Kiser, hereby certify that on March 1, 2017, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                                                           */s/* Livia M. Kiser
                                                                                           Livia M. Kiser

ACTIVE 220203689