**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JORDAN SOBLICK, individually and on behalf of all others similarly-situated, ) ) ) *Plaintiff*, ) ) v. ) ) ALLSCRIPTS HEALTHCARE ) SOLUTIONS, INC., a Delaware ) corporation, ) ) ) *Defendant*. ) | Case No.: 1:16-cv-09909  Hon. Samuel H. Der-Yeghiayan  Hon. Michael T. Mason, Magistrate |

**UNOPPOSED MOTION TO RESET STATUS CONFERENCE**

Comes now Allscripts Healthcare Solutions, Inc. ("Defendant" or "Allscripts"), by and through counsel, and respectfully requests on an unopposed basis that the Court reschedule the status conference currently set for May 16, 2017 at 9:00 a.m. to May 23, 2017 at 9:00 a.m. or such other date thereafter convenient to the Court. In support thereof, Allscripts states as follows:

1. The parties appeared before the Court on March 15, 2017 for the presentment of Allscripts' motion to dismiss (ECF No. 20), among other things.

2. At that hearing, the Court set a follow up status conference for April 18, 2017 at 9:00 a.m. (ECF No. 23).

3. Unfortunately, Allscripts' counsel docketed the incorrect date for the status conference. As a result, and although she was at the federal courthouse on another matter on the morning of April 18, 2017, she did not realize there was a status conference in this case and

therefore did not appear. Allscripts' counsel has apologized to counsel for Soblick, and sincerely apologizes to this Court for her error.

4. At the April 18, 2017 hearing, the Court reset the status conference to May 16, 2017 at 9:00 a.m. (ECF No. 27).

5. Allscripts' counsel, however, is going to be in New York City on May 16, 2017 to attend her daughter's graduation from the Mailman School of Public Health at Columbia University and is therefore not available to attend a status conference on that date.

6. Allscripts' counsel has conferred with counsel for Plaintiff, who advised they do not oppose moving the status conference to May 23, 2017 at 9:00 a.m., subject to the convenience of the Court.

7. WHEREFORE, for the foregoing reasons, Allscripts respectfully requests that this Court reset the status hearing to May 23, 2017 at 9:00 a.m. or to a date thereafter convenient to the Court.

Dated: April 26, 2017                                  Respectfully submitted,

                                                       By: /s/ Livia M. Kiser

                                                       **SIDLEY AUSTIN LLP**
                                                       Livia M. Kiser
                                                       lkiser@sidley.com
                                                       One South Dearborn Street
                                                       Chicago, Illinois 60603
                                                       P: (312) 853-7247
                                                       F: (312) 853-7036

                                                       *Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2017, a true and correct copy of the foregoing document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system: **Unopposed Motion to Reset Status Conference.**

April 26, 2017                                SIDLEY AUSTIN LLP

                                                    /s/ *Livia M. Kiser*
                                                    Livia M. Kiser
                                                    Attorneys for Defendant