IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JORDAN SOBLICK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 1:16-cv-09909<br><br>Hon. Judge Samuel Der-Yeghiayan |
| ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., a Delaware corporation,<br><br>*Counter-Plaintiff*,<br><br>V.<br><br>JORDAN SOBLICK,<br><br>*Counter-Defendant.* | |
| ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., a Delaware corporation,<br><br>*Third- Party Plaintiff*<br><br>V.<br><br>LIFE QUALITY HOME MEDICAL and DAVID SOBLICK,<br><br>*Third- Party Defendant* | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLEADING**

Pursuant to Federal Rules of Civil Procedure 6(b) and 12(a), Counter-Defendant Jordan Soblick ("Soblick"), by and through his undersigned counsel, respectfully moves for a thirty (30) day extension of time in which to answer, move, or otherwise respond to Allscripts Healthcare

1

Solutions, Inc.'s ("Allscripts"), Counterclaim. In support thereof, Soblick states as follows:

1. When Allscripts filed its Answer to Soblick's Complaint on April 26, 2017, it also filed a Counterclaim against Soblick and a Third Party Complaint against David Soblick and Life Quality Home Medical ("Life Quality"). (Dkt. 31.)

2. Pursuant to Federal Rule of Civil Procedure 12, Soblick's deadline to file a responsive pleading is currently May 17, 2017. *See* Fed. R. Civ. P. (a)(1)(B).

3. As far as counsel for Soblick is aware, David Soblick and Life Quality have not yet been served. Plaintiff's counsel is conferring with their client to determine whether they will appear on behalf of David Soblick and Life Quality.

4. In the meantime, in order to (i) determine who will be representing David Soblick and Life Quality, (ii) conduct a complete review of the Counterclaim and Third Party Claim, and (iii) prepare appropriate responses, Soblick requests a thirty (30) day extension of time to answer, move, or otherwise respond to the Counterclaim, through and including June 17, 2017.

5. Counsel for Soblick has informed counsel for Allscripts that they intend to file the instant Motion, and has been advised that Allscripts does not oppose the relief requested herein.

6. The requested extension is not being made for any purpose of delay and no party will be prejudiced by this request.

WHEREFORE, for the foregoing reasons, Counter-Defendant Jordan Soblick respectfully requests that the Court (i) extend Jordan Soblick's time to answer, move or otherwise respond to Allscripts' Counterclaim by thirty (30) days, up to and including June 17, 2017; and (ii) grant any further relief that the Court deems reasonable and just.

Respectfully submitted,

**JORDAN SOBLICK**,

Dated: May 11, 2017

By: /s/ Benjamin H. Richman
    One of His Attorneys

Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I, Benjamin H. Richman, an attorney, hereby certify that I served the above and foregoing ***Unopposed Motion for Extension of Time to Respond to a Pleading*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system on May 11, 2017.

                                              /s/ Benjamin H. Richman